## DAVIS *et al.* v. JEFFRIS.

(Syllabus by the Court.  Opinion filed May 12, 1894.)

Appeal from Circuit Court, Beadle county, Hon. E. G. SMITH, Judge.

Action by Daniel Davis and Thomas Rankin against Thomas M. Jeffris. Judgment for defendant. Plaintiffs appeal. Affirmed.

*A. B. Melville,* for appellants.

*F. Vollrath,* for respondent.

FULLER, J. This case was argued and submitted with the case of these plaintiffs against David B. Jeffris, 5 S. D. 352,

58 N. W. 815, arising out of the same state of facts, involving the same issues of law, and in which an opinion was filed this term, covering all the questions involved in that case, and by which this case must be controlled. For the reasons stated therein, the judgment of the trial court is affirmed.